**RECEIVED**
CHARLOTTE, N.C.

JUN 0 3 2005

Clerk, U.S. Dist. Court
W. Dist. of N.C.



# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### No: 3:04-CV-269-H

| | |
|---|---|
| PCA NATIONAL LLC and PCA LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AVERY G. MABE and DANIEL S. HETH,<br><br>Defendants. | **ORDER EXTENDING PRETRIAL DEADLINES** |

Upon plaintiffs to extend the deadlines for completing discovery, mediation, and motions, with defendants' consent and for good cause shown,

IT IS THEREFORE ORDERED that:

1.    The discovery deadline is extended by 45 days, up to and including July 25, 2005;

2.    The deadline for commending mediation is extended by 45 days, up to and including August 15, 2005; and

3.    The deadline for filing motions is extended by 45 days, up to and including August 25, 2005.

This _7th_ day of June, 2005.

_Carl Horn, III_
Carl Horn, III
United States Magistrate Judge

C-908055v1