RECEIVED
CHARLOTTE, N.C.
JUN 0 8 2005
Clerk, U.S. Dist. Court
W. Dist. of N.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
No: 3:04-CV-269-H

PCA NATIONAL LLC and PCA LLC,

    Plaintiffs,

v.

AVERY G. MABE and DANIEL S. HETH,

    Defendants.

**ORDER EXTENDING PRETRIAL DEADLINES**

Upon plaintiffs' Revised Motion to Extend Pretrial Deadlines, with defendants' consent and for good cause shown,

IT IS THEREFORE ORDERED that:

1. The discovery deadline is extended by 45 days, up to and including July 25, 2005, for the sole purposes of completing the deposition of Avery G. Mabe and taking the deposition of Jeffrey E. Bellew; and

2. The deadline for commencing mediation is extended by 45 days, up to and including August 15, 2005.

This 8th day of June, 2005.

                                        *Carl Horn, III*
                                        Carl Horn, III
                                        United States Magistrate Judge

C-937017v1