# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## No. 3:04CV269-H

| | |
|---|---|
| PCA NATIONAL LLC and PCA LLC,<br><br>**Plaintiffs,**<br><br>v.<br><br>AVERY G. MABE and DANIEL S. HETH,<br><br>**Defendants.** | **CONSENT JUDGMENT OF PERMANENT INJUNCTION** |

Plaintiffs PCA National LLC and PCA LLC (together "PCA") and defendants Avery G. Mabe and Daniel F. Heth consent to and request entry of this Consent Judgment of Permanent Injunction. The Court finds and concludes that it has jurisdiction over the subject matter of this action and the parties and that the parties have requested entry of this Consent Judgment as part of their settlement of this case.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

1. That defendants Mabe and Heth are permanently enjoined from the misappropriation, use or disclosure of PCA's confidential and proprietary information, which is defined for purposes of this Consent Judgment of Permanent Injunction as PCA's pricing statistics, actual production and sales results, research regarding sales and marketing, sales data and information not otherwise available to the trade, customer lists (except that Heth's personal customer list, which is attached as Exhibit A to the Agreement and Release executed in conjunction with this Consent Judgment of Permanent Injunction, shall not be considered as confidential or proprietary information of PCA and Heth may maintain, use and update this list),

cost estimator, and future plans or projections regarding the business of PCA. The Court shall have jurisdiction to enforce any violation of this permanent injunction.

2. The injunction set forth above in paragraph 1 shall constitute a full and final resolution of PCA's claims in this action.

3. The parties shall bear their own costs.

This 21st day of September, 2005.

_____
Carl Horn, III
United States Magistrate Judge

CONSENTED TO:

_____
Della Bordeaux
Assistant Vice President
PCA National LLC and PCA LLC

_____
Charles E. Johnson
N.C. Bar No. 9890
Angelique R. Vincent
N.C. Bar No. 29547
Attorneys for Plaintiffs

ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, NC 28246
Telephone: 704.377.2536
Facsimile: 704.378.4000
Email: cejohnson@rbh.com

_____
Avery G. Mabe

_____
Daniel S. Heth

_____
Raizel Arnholt Kahn
N.C. Bar No. 28407
Attorney for Defendants

BISHOP, CAPITANO & MOSS, P.A.
4521 Sharon Road, Suite 350
Charlotte, NC 28211
Telephone: 704.716.1200
Facsimile: 704.716.1201
Email: rkahn@bca-law.com

C-945004v1